IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00104-PSF-MEH

PATRICIA B. WEBER,

    Plaintiff,

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY,
a Massachusetts insurance company,

    Defendant.

## ORDER RESCHEDULING FINAL TRIAL PREPARATION CONFERENCE

This matter is before the Court *sua sponte*. The final trial preparation conference in this matter currently set for May 11, 2007 at 4:00 p.m. is RESCHEDULED for **Monday, May 14, 2007 at 4:00 p.m.**

DATED:  March 6, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge